# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 1:25-MJ-683-DH |
| JAMIL BAHLOULI | § § | |

## ORDER

On July 3, 2025, the Court held a Preliminary Hearing pursuant to Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3060. Counsel were admonished as required by the Due Process Protection Act.

Having considered all the evidence, for the reasons stated during the hearing, this Magistrate Judge finds that the evidence is insufficient to establish that there is probable cause to believe that the offense charged in the Criminal Complaint, Penalty for Failure to Depart in violation of 8 U.S.C. § 1253(a)(1)(C), has been committed.

Accordingly, pursuant to Rule 5.1(f), the Court **ORDERS** that the Complaint is **DISMISSED**, the Defendant is **DISCHARGED**, and the Government's Motion for Detention of Defendant (Dkt. 3) is **DENIED** as moot. A written opinion will follow.

**SIGNED** on July 3, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE